```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 13942
   DELORES F BELLO
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2471


--------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/03/2007 and was not confirmed.

     The case was dismissed without confirmation 01/07/2008.
--------------------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL   CURRENT MORTG          .00            .00            .00
DEUTSCHE BANK NATIONAL   MORTGAGE ARRE          .00            .00            .00
OCWEN FEDERAL BANK       NOTICE ONLY     NOT FILED            .00            .00
CREDITORS ALLIANCE INC   UNSECURED       NOT FILED            .00            .00
FAIRLANE CREDIT LLC      UNSECURED       NOT FILED            .00            .00
NICOR GAS                UNSECURED          714.67            .00            .00
SALLIE MAE INC           UNSECURED        42751.45            .00            .00
LEGAL HELPERS PC         DEBTOR ATTY      2,902.00                         940.24
TOM VAUGHN               TRUSTEE                                            81.76
DEBTOR REFUND            REFUND                                               .00


     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              1,022.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                                940.24
TRUSTEE COMPENSATION                           81.76
DEBTOR REFUND                                    .00
                   ---------------        ---------------
TOTALS               1,022.00               1,022.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 13942 DELORES F BELLO

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 04/23/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE